JOSEPH RAKOWIECKI, Respondent, v. ROBERT BRANCH, Appellant.—

No adequate explanation of the cause of the delay in going forward with the trial of the case is contained in the respondent's papers. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.